UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR312 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| JASON BRASCH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 125). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On July 27, 2012, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 846 and 853 based upon the Defendant's plea of guilty to Count I and the Forfeiture Allegation of the Superseding Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following properties were forfeited to the United States.

    a.    $6,000.00 in United States Currency seized on August 24, 2011, from a safe at 12319 Gray Fawn Parkway, Omaha, Nebraska.

    b.    $619.00 in United States Currency seized on August 24, 2011, from an upstairs bedroom at 12319 Gray Fawn Parkway, Omaha, Nebraska.

    c.    $11,200.00 in United States Currency seized on August 24, 2011, from Unit No. 709 at 2805 South 148th Avenue Circle, Omaha, Nebraska.

    d. A 2006 Dodge Ram 1500 Pickup, VIN 1D7HU18236S586540, located at 12319 Gray Fawn Parkway, Omaha, Nebraska, on August 24, 2011.

 2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on July 28, 2012, as required by Rule G(4)(a)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  A Declaration of Publication was filed herein on October 1, 2012 (Filing No. 124).

 3. The Court has been advised by the United States no Petitions have been filed.  From a review of the Court file, the Court finds no Petitions have been filed.

 IT IS ORDERED:

 A. The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 125) is hereby sustained.

 B. All right, title and interest in and to the following properties held by any person or entity are hereby forever barred and foreclosed.

    1. $6,000.00 in United States Currency seized on August 24, 2011, from a safe at 12319 Gray Fawn Parkway, Omaha, Nebraska.

    2. $619.00 in United States Currency seized on August 24, 2011, from an upstairs bedroom at 12319 Gray Fawn Parkway, Omaha, Nebraska.

    3. $11,200.00 in United States Currency seized on August 24, 2011, from Unit No. 709 at 2805 South 148th Avenue Circle, Omaha, Nebraska.

    4. A 2006 Dodge Ram 1500 Pickup, VIN 1D7HU18236S586540, located at 12319 Gray Fawn Parkway, Omaha, Nebraska, on August 24, 2011.

C. The aforementioned properties be, and the same hereby are, forfeited to the United States of America.

D. The United States is directed to dispose of said properties in accordance with law.

DATED this 10th day of October, 2012.

BY THE COURT:

s/ Laurie Smith Camp
Chief United States District Judge